IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADVANTAGE FUND, LTD.,

    Plaintiff,

-v-

DAVID T. MITCHELL, et al.,

    Defendant.

*E-FILED - 10/17/07*

CASE NO.: C-99-21037-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Defendant David Mitchell's Exhibit 13 (Don Stout Notes) to Defendant David Mitchell's Request for Judicial Notice and Declaration of William Siamas lodged with the court on February 7, 2003 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 17, 2007

_____
RONALD M. WHYTE
United States District Judge

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28