IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADVANTAGE FUND, LTD.,

    Plaintiff,

    -v-

DAVID T. MITCHELL, et al.,

    Defendant.

*E-FILED - 10/17/07*

CASE NO.: C-99-21037-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that Defendant David Mitchell's Exhibits 1 through 25 to Joint Expert Witness Report by Richard S. Wilkolaski, CPA lodged with the court on February 11, 2003 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 17, 2007

                                                                                  RONALD M. WHYTE
                                                         United States District Judge

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28